IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATHAN BERNARD GUILLORY, | § | |
| *Petitioner*, | § | |
| v. | § | CIVIL ACTION NO. H-18-1831 |
| LORIE DAVIS, | § | |
| *Respondent*. | § | |

## ORDER TO ABATE AND CLOSE

Petitioner, a state inmate proceeding *pro se*, filed this habeas petition challenging his 2005 murder conviction. Petitioner moved to stay and abate the case pending disposition of his state court habeas proceeding in *Ex parte Guillory*, Cause No. 964,311A, filed June 6, 2007, and amended February 23, 2018, in the 174th District Court of Harris County, Texas. (Docket Entry No. 2.) Respondent advised the Court that she does not oppose the motion to stay and abate (Docket Entry No. 11).

Petitioner's motion to stay and abate (Docket Entry No. 2) is GRANTED. This case is STAYED AND ABATED pending final disposition of petitioner's application and amended application for state habeas relief by the Texas Court of Criminal Appeals. Petitioner may move to reopen this case by filing a motion to lift stay within 30 days after the Texas Court of Criminal Appeals issues a final disposition of the state habeas proceeding.

Respondent's motion for an extension of time to file an answer (Docket Entry No. 12) is DENIED AS MOOT.

This case is ORDERED ADMINISTRATIVELY CLOSED for statistical purposes.

Signed at Houston, Texas on August 15, 2018.

_____
Gray H. Miller
United States District Judge